UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. MARTIN,<br><br>　　　　Defendant. | No. 2:19-cv-2616 WBS AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By findings and recommendations filed January 7, 2020, the undersigned recommended that plaintiff's application to proceed in forma pauperis be denied and plaintiff be ordered to pay the filing fee within thirty days or face dismissal of the case. ECF No. 6. Plaintiff has since paid the required filing fee. In light of plaintiff's payment of the filing fee, the January 7, 2020 findings and recommendations will be vacated and the motion to proceed in forma pauperis will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 7, 2020 findings and recommendations, ECF No. 6, are vacated.

////

////

////

1

2. Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is denied as moot.

DATED: February 19, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE