UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE, | No. 2:19-cv-2616 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| D. MARTIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 19, 2020, the undersigned screened the complaint and found that it stated a claim against defendant Martin. ECF No. 9. Under the court's E-Service program for prisoner civil rights cases, the California Department of Corrections and Rehabilitation filed a Notice of Intent to Waive Service for Martin on April 29, 2021. ECF No. 12. Shortly thereafter, plaintiff filed a motion for a temporary restraining order or preliminary injunction in which he alleges that defendant Martin harassed him in retaliation for two old grievances and for filing this lawsuit. ECF No. 13. Martin has now filed a waiver of service, ECF No. 15, and his response to the complaint is due June 28, 2021. In addition to responding to the complaint, defendant will also be required to respond to plaintiff's motion.

////

////

1

Accordingly, IT IS HEREBY ORDERED that, no later than June 28, 2021, defendant Martin shall file and serve a response to plaintiff's motion for a temporary restraining order or preliminary injunction (ECF No. 13).

DATED: June 1, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE