UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE, | No. 2:19-cv-2616 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| D. MARTIN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 21. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 21, 2022 (ECF No. 21), are adopted in full;

1

      2. Plaintiff's motion for temporary restraining order and preliminary injunction (ECF No. 13) is DENIED.

Dated: February 15, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Clem2616.801